**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Shamel ANTHONY, Defendant–
Appellant.**

**No. 08–15998**

**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 29, 2009.

Shamel Anthony, Marianna, FL, pro se.

Patricia D. Barksdale, Jacksonville, FL, for Plaintiff–Appellee.

Before BLACK, BARKETT and COX, Circuit Judges.

PER CURIAM:

David A. Taylor, appointed counsel for Shamel Anthony, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguably meritorious issues, counsel's motion to withdraw is **GRANTED**, and Anthony's convictions and sentences are **AFFIRMED**.